# Exhibit 1

to

Garnishee Penn-Star Insurance Company's Notice of Removal

| | |
|---|---|
| STATE OF NORTH DAKOTA | IN DISTRICT COURT |
| COUNTY OF GRAND FORKS | NORTHEAST CENTRAL JUDICIAL DISTRICT |

BRIAN BALSTAD, )
        Plaintiff, ) Civil No. 18-08-C-00502
    vs. )
UPTOWN HOSPITALITY, INC., d/b/a )
"SLEDSTERS," and KEVIN SCOTT ) **GARNISHEE SUMMONS**
VANCAMP, JR., )
        Defendants, )
    and )
PENN-STAR INSURANCE COMPANY, )
        Garnishee. )

**THE STATE OF NORTH DAKOTA TO THE ABOVE-NAMED GARNISHEE, PENN-STAR INSURANCE COMPANY:**

[¶1]   You shall serve upon Plaintiff, through counsel, within twenty (20) days subsequent to service of this Summons upon you, a written disclosure, under oath, setting forth the amount of any debt you may owe to Defendants and a description of any property, money, or effects owned by Defendants which are in your possession. Your disclosure need not exceed $187,500.00 plus interest calculated at the legal rate of interest. The date of entry of the *Findings of Fact, Order for Entry of Judgment Under Miller v. Shugart, and Judgment* ("Judgment") against Defendants was the 9th day of December, 2009 and the amount of the Judgment that remains unpaid is $187,500.00 plus interest calculated at the legal rate of interest.

[¶2]   Defendants shall provide you a list of the names of dependent family members who reside with Defendants and their social security numbers if Defendants desire to have the garnishment amount reduced under Section 2 of N.D.C.C. §32-09.1-03. Failure of Defendants to provide the

1

list to you is conclusive to establish Defendants claim no dependent family members reside with Defendants. Failure to disclose and withhold may make you liable to Plaintiff for the sum of $187,500.00 plus interest calculated at the legal rate of interest.

[¶3]  You shall retain Defendants' nonexempt property, money, earnings, and effects in your possession until a writ of execution is served upon you, until Defendants authorize release to Plaintiff, or until the expiration of 360 days from the date of service of this Summons upon you. If no writ of execution has been served upon you or no agreement has been made for payment within 360 days, the garnishment ends and any property or funds held by you must be returned to Defendants if Defendants are otherwise entitled to possession.

[¶4]  Any assignment of wages by Defendants or indebtedness to you incurred by Defendants within ten (10) days before the receipt of the first garnishment on a debt is void and should be disregarded. You may not discharge Defendants because Defendants' earnings are subject to garnishment.

[¶5]  Lastly, please find enclosed a draft in the amount of Twenty-five and NO/100 DOLLARS ($25.00) as and for the fee for making an affidavit of disclosure.

[¶6]  DATED on this 27th day of November, 2019.

/s/ Mac J. Schneider
Mac J. Schneider, ND ID 06476
SCHNEIDER LAW FIRM
815 3rd Avenue South
Fargo, ND 58103
Telephone: 701.235.4481
Facsimile: 701.235.1107
Email: mac@schneiderlawfirm.com

**ATTORNEY FOR PLAINTIFF**